1
2
3
4
5
6
7                    UNITED STATES DISTRICT COURT
8                    CENTRAL DISTRICT OF CALIFORNIA
9
10   GLENN DAVID O'NEAL,            )   No. EDCV 11-803 DDP (FFM)
                                    )
11                    Plaintiff,    )
          v.                        )   JUDGMENT
12                                  )
                                    )
13   DEPUTY SMITH,                  )
                                    )
14                    Defendant.    )
     _____ )
15
16        Pursuant to the Order Accepting Findings, Conclusions and Recommendations of
17   United States Magistrate Judge,
18        IT IS ADJUDGED that the Complaint is dismissed with prejudice.
19
20   DATED: May 27, 2016
21                                        _____
22                                             DEAN D. PREGERSON
                                             United States District Judge
23
24
25
26
27
28